UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL JAVIER MARTINEZ,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00167-RJJ-1

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant's detention on two bases: (1) that he poses a danger to other persons in the community, 18 U.S.C. § 3142(f)(1); and (2) that he poses a serious risk of flight. 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing today at which defendant was represented by counsel. The Court has also considered the information contained in the Pretrial Services Report. (ECF No. 8).

For the reasons stated on the record, the Court finds that the government has proven by preponderant evidence that defendant poses a significant risk of flight and by clear and convincing evidence that he poses a danger to the community. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure defendant's appearance and the safety of other persons in the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 9th day of September, 2016.

        /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge